IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO | : | CIVIL ACTION |
| v. | : | |
| UNKNOWN EMPLOYEE OF THE HOUSTON FBI FORFEITURE UNIT ALL OTHER UNKNOWN D.O.J. AGENCY WHICH MAY BE DISCOVERABLE | : | NO. 13-4117 |

## ORDER

AND NOW, this 24th day of July, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff Justin Michael Credico, #42438, shall pay the full filing fee of $350 in installments. Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at the Chester County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-4117.

3. Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to send a copy of this order to the Warden of the Chester County Prison.

5. This case shall be marked CLOSED.

**BY THE COURT:**

_____
JUAN R. SANCHEZ, J.